WILLIS S. NELSON, RESPONDENT, *v.* DANIEL NEIL, APPELLANT.

*Chattel mortgage executed by joint-stock association—where to be filed.*

APPEAL from a judgment in favor of the plaintiff, entered on a verdict recovered at the Wayne County Circuit.

The action was brought to recover the value of a horse, of which the plaintiff claims to be the owner, unlawfully appropriated by the defendant to his own use. The defendant justified the taking by virtue of an execution on a judgment against Roswell B. Smith, president of the Rochester Towing Company. The plaintiff claims under a chattel mortgage issued by the company.

The court at General Term said : "It would be a most unreasonable construction of the act relating to filing chattel mortgages, to hold that they must be filed in each town within the State in which one of the stockholders of a joint-stock company resides. The statute is complied with if filed in the office of the town clerk of the town where the principal office of the company is located or its business principally conducted. That place, in this case, was the city of Utica."

*Stephen K. Williams*, for the appellant. *Pardee & Piper*, for the respondent.

Opinion by MULLIN, P. J.

Present — MULLIN, P. J., TALCOTT and SMITH, JJ.

Judgment reversed and new trial granted, costs to abide event.